RICK EICHSTAEDT (WSB # 36487)
CENTER FOR JUSTICE
35 West Main Ave, Suite 300
Spokane, WA 99201
Telephone: (509) 835-5211
eichstaedt@gonzaga.edu

DREW A. HARKER (*pro hac vice*)
ANNE W. PEARLMAN (*pro hac vice*)
ARNOLD & PORTER KAYE
SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: 202.942.5000
Facsimile: 202.942.5999
Drew.Harker@arnoldporter.com
Anne.Pearlman@arnoldporter.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
SPOKANE DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD OF GREATER WASHINGTON AND NORTH IDAHO; PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWAIIAN ISLANDS; and PLANNED PARENTHOOD OF THE HEARTLAND,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX MICHAEL AZAR II in his official capacity as Secretary of the U.S. Department of Health and Human Services; and VALERIE HUBER in her official capacity as Senior Policy Advisor for the Office of the Assistant Secretary for Health at the Department of Health and Human Service,<br><br>Defendants. | Case No. 2:18-cv-00207-TOR<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY OR PERMANENT INJUNCTION AND SUMMARY JUDGMENT** |

1   This matter having come before the Court on Plaintiffs' Motion for Preliminary or Permanent Injunction and Summary Judgment, and the Court having reviewed the files and pleadings herein, and the Court having been fully advised, and for good cause shown, the Court finds as follows:

Plaintiffs challenge the U.S. Department of Health and Human Services' (HHS) decision to implement the 2018 Tier 1 and Tier 2 Funding Opportunity Announcements on the basis that HHS's actions are contrary to law, arbitrary and capricious, *ultra vires*, and an unlawful augmentation of funds in violation of 31 U.S.C.A. § 1301(a). Plaintiffs seek preliminary or permanent injunction preventing HHS from implementing the 2018 Tier 1 and Tier 2 Funding Opportunity Announcements.

Plaintiffs have established a substantial likelihood of success on the merits of their claims. Plaintiffs are likely to succeed on their claims that HHS's actions are arbitrary and capricious, contrary to law, *ultra vires*, and unlawful augmentations of funds. If permitted to stand, HHS's actions will cause significant and irreparable harm to Plaintiffs, as well as the communities they serve through the TPP Program. By contrast, Defendants will not be harmed by the issuance of a preliminary injunction that merely maintains the status quo and ensures relief is available for Plaintiffs. Moreover, the public interest will also be served by preservation of the status quo during the litigation, as an injunction will allow Plaintiffs to continue to provide their services to communities in need.

IT IS HEREBY ORDERED:

Plaintiffs' Motion for Preliminary Injunction is GRANTED. Defendants are immediately:

1. Enjoined from implementing the 2018 Tier 1 and Tier 2 Funding Opportunity Announcements.

IT IS FURTHER ORDERED that there is no requirement of any bond and that this injunctive relief is effective upon service.

IT IS SO ORDERED.

DATED this ___ day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE