UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PLANNED PARENTHOOD OF GREATER WASHINGTON AND NORTH IDAHO; PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWAIIAN ISLANDS; and PLANNED PARENTHOOD OF THE HEARTLAND,<br><br>                Plaintiffs,<br><br>   v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX MICHAEL AZAR II in his official capacity as Secretary of the U.S. Department of Health and Human Services; and VALERIE HUBER in her official capacity as Senior Policy Advisor for the Office of the Assistant Secretary for Health at the Department of Health and Human Services,<br><br>                Defendants. | NO. 2:18-CV-0207-TOR<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVER LENGTH BRIEFING AND PROPOSED BRIEFING SCHEDULE |

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVER LENGTH BRIEFING AND PROPOSED BRIEFING SCHEDULE ~ 1

1    BEFORE THE COURT is Plaintiffs' Unopposed Motion for Leave to File

2  Over Length Briefing and Proposed Briefing Schedule.  ECF No. 14.  This matter

3  was submitted for consideration without oral argument.  The Court has reviewed

4  the record and files herein, and is fully informed.

5    On June 21, 2018, Plaintiffs Planned Parenthood of Greater Washington and

6  North Idaho, Planned Parenthood of the Great Northwest and Hawaiian Islands,

7  and Planned Parenthood of the Heartland (collectively "Planned Parenthood") filed

8  this Complaint against Defendants United States Department of Health and Human

9  Services ("HHS"); the Secretary of HHS, Alex Michael Azar II; and the Assistant

10  Secretary for Health at HHS, Valerie Huber.  ECF No. 1.  Plaintiffs seek to enjoin

11  Defendants from allocating funding under the 2018 Funding Opportunity

12  Announcements ("FOAs") associated with the Teen Pregnancy Prevention

13  Program ("TPP").  *Id.*

14    On July 10, 2018, Plaintiffs filed the instant unopposed motion requesting

15  leave to file excess pages and a proposed briefing schedule.  ECF No. 14.  The

16  parties have met and conferred.  *Id.* at 2.  Defendants do not oppose this motion

17  and have agreed to refrain from obligating any funds for the 2018 Tier 1 FOA or

18  any funds for the Tier 2 FOA until September 1, 2018.  *Id.* at 2.  The relevant

19  appropriation for this grant opportunity expires on September 30, 2018.  *Id.*

20

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE OVER LENGTH BRIEFING AND PROPOSED BRIEFING
SCHEDULE ~ 2

On July 16, 2018, Plaintiffs filed a Motion for Preliminary or Permanent Injunction and Summary Judgment. ECF No. 16. Plaintiffs request leave to file this Motion of no more than thirty (30) pages, excluding the table of contents, statement of authorities, and signature block. ECF No. 14 at 2. The Court grants Plaintiffs leave to file the excess briefing as Defendants do not object. *Id.*

The Court grants the parties proposed briefing schedule and request to file excess pages. Defendants shall file an opposition to Plaintiffs' Motion no later than fourteen (14) days after Plaintiffs filed their Motion. *Id.* Defendants are granted leave to file no more than forty (40) pages, excluding the table of contents, statement of authorities, and signature block as Plaintiffs do no object. *Id.* at 2-3. Defendants intend to file cross motions to dismiss and for summary judgment as part of its opposition and the excess pages is driven in part to address these additional motions. *Id.* at 3. Plaintiffs do not object to addressing these motions within the briefing schedule.

Plaintiffs may file a reply no later than seven (7) days after Defendants file their opposition. *Id.* Plaintiffs' may file their reply of no more than thirty (30) pages, excluding the table of contents, statement of authorities, and signature block as Defendants do not object. *Id.*

Defendants may file a reply no later than seven (7) days after Plaintiffs file their reply. *Id.* Defendants' may file their reply of no more than twenty (20)

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVER LENGTH BRIEFING AND PROPOSED BRIEFING SCHEDULE ~ 3

pages, excluding the table of contents, statement of authorities, and signature block as Plaintiffs do not object. *Id.* This reply will be limited to issues raised in their motions to dismiss and for summary judgment. Defendants' reply is not intended to provide a sur-reply to Plaintiff's Motion. *Id.*

Given the time constraints, the Court shall issue a decision on this matter by August 31, 2018, as requested by the parties. *Id.*

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiffs' Unopposed Motion for Leave to File Over Length Briefing and Proposed Briefing Schedule (ECF No. 14) is **GRANTED**. Defendants' opposition is due no later than **July 30, 2018**; Plaintiffs' reply is due no later than **August 6, 2018**; and Defendants' reply is due no later than **August 13, 2018**. The Court will issue a decision by **August 31, 2018**.

The District Court Executive is directed to enter this Order and furnish copies to counsel.

**DATED** July 19, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVER LENGTH BRIEFING AND PROPOSED BRIEFING SCHEDULE ~ 4