# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| PLANNED PARENTHOOD OF GREATER WASHINGTON AND IDAHO, et al. <br> *Plaintiff* <br> v. <br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. <br> *Defendant* | ) ) ) ) ) ) <br> Civil Action No. 2:18-CV-0207-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The claims asserted in Plaintiffs' Complaint (ECF No. 1) are DISMISSED without leave to amend. Judgment is entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on Defendants' Cross-Motion to to Dismiss or, in the alternative, for Summary Judgment and Opposition to Plaintiffs' Motions for Preliminary Injunction and Summary Judgment ECF Nos. 19 and 20.

Date: August 31, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen