# Arnold & Porter

Drew A. Harker
+1 202.942.5022 Direct
Drew.Harker@arnoldporter.com

April 8, 2020

**VIA ECF**

Hon. Chief Judge Thomas O. Rice
United States District Court
Eastern District of Washington
Thomas S. Foley United States Courthouse
920 W Riverside Ave.
Spokane, WA 99201

      Re:    *Planned Parenthood of Greater Washington and North Idaho, et al. v. United States Department of Health and Human Services, et al.*, Case No. 2:18-cv-00207

Dear Judge Rice:

    We represent Plaintiffs in the above-referenced action. We write, with Defendants' consent, to advise the Court that the Parties are exploring settlement in this matter. Consequently, the parties respectfully request that the Court adjourn the Telephonic Scheduling Conference currently set for April 15, 2020, at 8:30 am, while settlement discussions proceed. We will timely apprise the Court at the conclusion of our negotiations.

    We are available should the Court need additional information.

                Respectfully,

                /s/ Drew A. Harker

                Drew A. Harker

cc: Counsel of record (via ECF)

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW  |  Washington, DC 20001-3743  |  www.arnoldporter.com