AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| PLANNED PARENTHOOD OF GREATER WASHINGTON AND NORTH IDAHO; et al., | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.   2:18-CV-0207-TOR |
| | ) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; et al., | ) |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   All claims and causes of action in this matter are DISMISSED with prejudice.

This action was *(check one)*:

❐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge _____Thomas O. Rice_____ on the parties' Joint Stipulation for Dismissal ECF No. 57.

Date:  ___August 11, 2020_____

*CLERK OF COURT*

_SEAN F. McAVOY_____

_s/ Linda L. Hansen_____
*(By) Deputy Clerk*

_Linda L. Hansen_____